# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**DOUGLAS P. LABORDE, et al.,**

                                      **Case No. C2-12-697**
                                      **JUDGE GREGORY L. FROST**
          **Plaintiffs,**                          **Magistrate Judge Kemp**

    **v.**

**CITY OF GAHANNA, et al.,**

          **Defendants.**

## <u>ORDER</u>

    Defendants' Motion to Dismiss  (ECF No. 14) and Defendants' Motion for Judgment on the Pleadings (ECF No. 15) shall come on for a non-oral hearing on January 25, 2013.

**IT IS SO ORDERED.**

                                      /s/   Gregory L. Frost
                                      GREGORY L. FROST
                                    UNITED STATES DISTRICT JUDGE