**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Douglas P. LaBorde, et al.

vs     Case No. C2-12-697

City of Gahanna, Ohio, et al.     **Judge Frost**
**Magistrate Judge Kemp**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendants Gahanna and Teal's Motion to Dismiss and the Court GRANTS Defendant RITA's Motion for Judgment on the Pleadings.  The Court REMANDS the remaining state court claims to the Court of Common Pleas, Franklin County, Ohio for further proceedings.

Date: **May 20, 2013**     **John P. Hehman, Clerk**

     _s/ Scott Miller_
     By Scott Miller /Deputy Clerk